**Order entered August 5, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00366-CV

**ROBERT HOFFMAN, Appellant**

**V.**

**COMMISSION FOR LAWYER DISCIPLINE, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC 11-05446**

## ORDER

We **GRANT** appellee's August 1, 2014 unopposed second motion for an extension of time to file a brief. Appellee shall file its brief on or before **September 2, 2014**. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/    ADA BROWN
        JUSTICE